**No. 61972.**—Manca, Inc. *v.* United States, protest 326550–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise in question is not an entirety, but is susceptible of use and is used separately. Following *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).